ALBANY,
Aug. 1832.

Whittlesey
v.
Zane.

## WHITTLESEY *vs.* ZANE.

Where it appears from a bill of particulars that the damages claimed in a suit in the common pleas is less than $250, *a certiorari* cannot issue to remove the cause into this court.

August 9.

A MOTION was made to quash a *certiorari*, sued out to remove a cause from a common pleas court into this court. The damages claimed exceeded $250, but the plaintiff had furnished a bill of particulars, which shewed that the sum demanded was less than $250. The court decided that the bill of particulars was conclusive evidence of the amount claimed, and that the certiorari must therefore be quashed.